
USAO 2011R00442

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JUL -8  A 11: 50

CLERK'S OFFICE
AT GREENBELT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC 11 CR 0373 |
| | * | |
| ISABELLA MARTIRE, | * | (Introduction into Interstate Commerce |
| | * | of a Misbranded Drug, 21 U.S.C. |
| Defendant | * | § 331(a)) |
| | * | |

*******

### INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about December 14, 2010, in the District of Maryland and elsewhere, the defendant,

**ISABELLA MARTIRE,**

knowingly and willfully caused the introduction into interstate commerce a food, drug, device, tobacco product, and cosmetic that was adulterated and misbranded.

21 U.S.C. § 331(a)
21 U.S.C. § 333(a)(1)

*Rod J. Rosenstein* /JS
_____
Rod J. Rosenstein
United States Attorney

Dated: July 8, 2011

USAO 2011R00442