# OBER KALER
Attorneys at Law

Ober, Kaler, Grimes & Shriver
A Professional Corporation

100 Light Street
Baltimore, MD 21202
410.685.1120 Main
410.547.0699 Fax
www.ober.com

**John S. Linehan**
jslinehan@ober.com
410.230.7661 / Fax: 443.263.4161

**Offices In**
Maryland
Washington, D.C.
Virginia

September 23, 2013

The Honorable Deborah K. Chasanow
Chief Judge, United States District Court
United States District Court for the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   United States v. Isabella Martire
      Case No.: 8:11-cr-00373-DKC-1
      Status Update re: Licensure Issue

Dear Chief Judge Chasanow:

This letter update is submitted in response to this Court's March 27, 2013 request for a status report "concerning the licensing issue." Paper No. 45; *see also* Paper Nos. 46-49. On September 18, 2013, the Virginia Department of Health Professions issued the attached letter to Dr. Martire. *See* Attach. A.

Respectfully submitted,

//s//

John. S. Linehan
Virginia B. Evans

Enc.

cc: Sujit Raman, Assistant United States Attorney